# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| MARION UTER, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Civil Case No.: 1:04-279-BH-C |
| | ) |
| LINDA PEACOCK, et al., | ) |
| | ) |
| Defendant, | ) |

### ORDER

Pursuant to the Court's Order of this day Granting, in part, and Denying, in part, Defendant/Counterclaim Plaintiff Peacock's Motion (Doc. 89) for Partial Summary Judgment, the parties to this action are **hereby REALIGNED**. Peacock is now the Plaintiff in this action with two remaining claims against Uter. Uter no longer has any claims against Peacock before this Court. All future pleadings and documents shall be styled to conform with this Order.

**So ORDERED**, this 1st day of August, 2005.

s/ W. B. Hand
SENIOR DISTRICT JUDGE