**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| LINDA PEACOCK | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 04-279-BH-C |
| | ) | |
| MARION UTER, et al. | ) | |
| | ) | |
| Defendants | ) | |

**ORDER**

The parties in this matter appeared on Thursday, February 16, 2006, pursuant to the Court's Order (Doc. 208) regarding consummation of settlement. As indicated by their Joint Stipulation (Doc. 215), the parties have settled this matter and it is **hereby ORDERED** that it be **DISMISSED** from the active docket of this Court, **PROVIDED** that either party may reinstate the case within thirty (30) days from the entry of this order if the settlement is not consummated. Pursuant to the settlement agreement, Defendant Uter has paid the necessary funds into Court (Doc. 214).

In satisfaction of the amended attorney's lien for fees, costs and expenses (Doc. 206) the Court **hereby ORDERS**, without objection from Peacock, that the amount of one hundred ninety-nine thousand eight hundred nineteen thousand dollars and eight cents (**$199,819.08**) be issued, from the deposited monies, to **Briskman & Binion, P.C.**, Peacock's former counsel. The **remainder** of the deposited funds are to be distributed to Plaintiff **Peacock** in satisfaction of the settlement agreement. These funds may be distributed to Peacock and Briskman & Binion, P.C. when available to the Court - approximately 14 days from the date of deposit.

No other order shall be forthcoming from the Court except upon application by either party for final judgement as prescribed by Rule 58 of the Rules of Civil Procedure. Each party shall bear

their own costs unless otherwise agreed upon by the parties.

      **SO ORDERED**, this 21st day of February, 2006.

                                                                                s/ W. B. Hand  
                                                                       SENIOR DISTRICT JUDGE